■ In the Matter of TYRESE O., Also Known as EMMANUEL T.M. MONROE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; TRACY O., Appellant. [801 NYS2d 549]—Order unanimously affirmed without costs. Counsel's motion to be relieved of assignment granted (*see Matter of Jordan S.*, 179 AD2d 1091 [1992]). (Appeal from Order of Family Court, Monroe County, John J. Rivoli, J.—Neglect). Present—Pigott, Jr., P.J., Gorski, Martoche, Pine and Lawton, JJ.

■ In the Matter of TRACY G. OSUNA, Appellant, v MONROE COUNTY DEPARTMENT OF HUMAN AND HEALTH SERVICES et al., Respondents. [801 NYS2d 550]—Order unanimously affirmed without costs. Counsel's motion to be relieved of assignment granted (*see Matter of Jordan S.*, 179 AD2d 1091 [1992]). (Appeal from Order of Family Court, Monroe County, John J. Rivoli, J.—Custody). Present—Pigott, Jr., P.J., Gorski, Martoche, Pine and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CEDRIC PARTEE, Appellant, v JAMES CONWAY, as Superintendent of Attica Correctional Facility, Respondent. [801 NYS2d 553]—Judgment unanimously affirmed without costs. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Wyoming County, Mark H. Dadd, J.—Habeas Corpus). Present—Pigott, Jr., P.J., Gorski, Martoche, Pine and Lawton, JJ.

■ In the Matter of RICHARD J. HOGAN, Respondent. [801 NYS2d 553]—Order of disbarment entered. Memorandum: Respondent's unexcused failure to appear or answer the petition constitutes a default (*see Matter of Wedlock*, 230 AD2d 422; *see also Matter of Frank*, 9 AD3d 916; *Matter of Cary*, 7 AD3d 24; *Matter of Gaesser*, 6 AD3d 1246). Present—Green, J.P., Scudder, Gorski, Pine and Hayes, JJ.